UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN TAYLOR and
LAURA TAYLOR,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 23-cv-11488
Hon. Matthew F. Leitman

## ORDER (1) TERMINATING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 6) AND (2) GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT

On May 13, 2024, the Court held a hearing on Defendant United States of America's motion to dismiss Plaintiffs' Complaint. (*See* Mot., ECF No. 6.)  For the reasons explained on the record, the United States' motion is **TERMINATED WITHOUT PREJUDICE**.

As further discussed on the record, Plaintiffs shall file a First Amended Complaint by no later than **June 3, 2024**.  This is Plaintiffs' opportunity to, among other things, plead all facts, currently known to them, that support Plaintiffs' claims and would address the deficiencies that the United States identified in its motion to dismiss.  The Court **will not** allow Plaintiffs another opportunity to amend to add factual allegations that they could now include in their First Amended Complaint.

1

The United States shall respond to the First Amended Complaint by no later than **June 24, 2024**.

**IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  May 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2024, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126