UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARVIN TAYLOR, et al.,

      Plaintiffs,                                     Case No. 23-cv-11488
                                                Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO SUBSTITUTE COUNSEL

Defendant United States of America filed a Motion to Substitute Counsel on December 26, 2024, (ECF No. 15) pursuant to Local Rule 83.25.(b)(2).  This Court finds good cause to grant the United States' motion to substitute counsel because Stephen N. Shashy is no longer employed by the United States' Department of Justice, Tax Division.

WHEREFORE, Defendant United States' Motion to Substitute Counsel is GRANTED.  For Defendant United States of America, Sarah Stoner shall be noticed as counsel and Stephen N. Shashy shall be removed as counsel.

**IT IS SO ORDERED**.

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  January 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 2, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
