UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN TAYLOR and
LAURA TAYLOR,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 23-cv-11488
Hon. Matthew F. Leitman

_____/

# JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Amended Complaint is **DISMISSED**.

          KINIKIA ESSIX
          CLERK OF COURT

    By:    s/Holly A. Ryan
              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 24, 2025
Detroit, Michigan

1